OFFICE OF DISCIPLINARY COUNSEL *v.* McDOWELL.

[Cite as *Disciplinary Counsel v. McDowell* (1994), 71 Ohio St.3d 22.]

(No. 94–493—Submitted September 20, 1994—Decided November 23, 1994.)

24

*Geoffrey Stern*, Disciplinary Counsel, and *Sally Ann Steuk*, Assistant Disciplinary Counsel, for relator.

*Mark H. Aultman*, for respondent.

*Per Curiam.* We concur in the board's findings of fact and conclusions of law. However, we do not agree with the recommended sanction. In the case at bar, respondent pled guilty to perpetrating a fraud upon the judicial system by knowingly misrepresenting the actual residence of his clients. Finding that a more severe sanction is appropriate, respondent is hereby indefinitely suspended from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would suspend respondent from the practice of law for one year.